**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-40911

(Summary Calendar)
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY ROSSANO MINOTTI,

Defendant-Appellant.


Appeal from the United States District Court
For the Southern District of Texas
(L-96-CR-23-1)

December 5, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Anthony Rossano Minotti appeals the district court's denial of his motion to suppress evidence, his motion to reconsider his motion to suppress, and his subsequent conditional guilty-plea conviction for possession with intent to distribute approximately

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

302 pounds of marijuana. Minotti argues that (1) the district court erred in denying his motion to suppress evidence and motion to reconsider because no reasonable suspicion existed for the stop of his vehicle; (2) the Government deliberately used perjured testimony during the suppression hearing; and (3) the district court erred in failing to conduct an evidentiary hearing on his motion to reconsider the motion to suppress.

We have reviewed the record and, for essentially the same reasons stated by the district court orally at the suppression hearing and in writing in denying the motion to reconsider, find no reversible error in the district court's denial of the motions. *See United States v. Minotti*, No. L-96-23 (S.D. Tex. Apr. 11, 1996). Minotti has not demonstrated that the Government deliberately introduced perjured testimony during the suppression hearing. *See United States v. Bethley*, 973 F.2d 396, 399 (5th Cir. 1992). Minotti has shown no error in the lack of an evidentiary hearing on his motion to reconsider or in the consideration of the Government's affidavits.

AFFIRMED.